[No. 29761-2-II.   Division Two.   March 23, 2004.]

JANET SAMPLE, *Appellant*, v. THE TACOMA NEWS, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-2-06738-2, Lisa R. Worswick, J., entered
December 10, 2002. *Affirmed* by unpublished opinion per
Quinn-Brintnall, A.C.J., concurred in by Houghton and
Armstrong, JJ.

[No. 29817-1-II.   Division Two.   March 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LETA LEANN
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-01619-9, Bryan E. Chushcoff and Brian M.
Tollefson, JJ., entered December 13, 2002. *Affirmed* by
unpublished opinion per Morgan, J., concurred in by Hunt,
C.J., and Quinn-Brintnall, J.

[No. 30132-6-II.   Division Two.   March 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
RODRIGUEZ HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 01-1-00497-0, Stephen M. Warning, J., entered
March 13, 2003. *Affirmed in part* and *remanded* by unpub-
lished opinion per Hunt, C.J., concurred in by Seinfeld and
Quinn-Brintnall, JJ.

[No. 30286-1-II.   Division Two.   March 23, 2004.]

SHAWN MCEWEN, ET AL., *Respondents*, v. LUMBERMEN'S OF
WASHINGTON, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-2-07466-4, Karen L. Strombom, J., entered
April 23, 2003. *Reversed* by unpublished opinion per Hunt,
C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.